November 1, 2016                                                                                                                     Local Rules of Court
                                                                                                                          Western District of Pennsylvania

# APPENDIX LCvR/LCrR 83.2.B-MOTION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| United States | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:21-cv-00977 |
| | ) | |
| Perry Homes, Inc. et al. | ) | |
| | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF** Trial Attorney, Beth Pepper

      [Affiant], undersigned counsel for [Plaintiff/Defendant] __Plaintiff__, hereby moves that [Affiant] be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] __Plaintiff__ in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

      In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of [Affiant] filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                                                        Respectfully submitted,

Dated: __7/30/2021__                                 Trial Attorney, Beth Pepper

                                                                                        *USDOJ-HCES CRT,*
                                                                                        *150 M Street NE*
                                                                                        *Washington DC 20002*

                                                                                        *Counsel for Plaintiff*

November 1, 2016                                                      Local Rules of Court
Western District of Pennsylvania

## APPENDIX LCvR/LCrR 83.2.B-AFFIDAVIT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

<u>United States</u> )
          vs. )    Civil Action No. <u>2:21-cv-00977</u>
<u>Perry Homes, Inc. et al.</u> )

**AFFIDAVIT OF** <u>Beth Pepper</u> **IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

    I, <u>Beth Pepper</u>, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for [Plaintiff/Defendant] <u>Plaintiff</u> in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, <u>Beth Pepper</u>, being duly sworn, do hereby depose and say as follows:

1. I am a [Lawyer/Partner/Associate] of the law firm [<u>USDOJ</u>].

2. My business address is <u>USDOJ-HCES CRT, 150 M Street NE</u> Washington DC 20002.

3. I am a member in good standing of the bar[s] of <u>District of Columbia</u>.

4. My bar identification number(s) [is/are] <u>   NA   </u>.

5. A current certificate of good standing from <u>District of Columbia</u> is attached to this Affidavit as Exhibit <u>1</u>.

6. [if applicable] The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court <u>NA</u> : [Insert additional explanation as appropriate.]

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:  7/30/2021                                    Beth Pepper
                                                     [Affiant]