IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiff § § v. § § PERRY HOMES, INC. § ALLYSON WHITTINGTON, and § ROBERT WHITTINGTON § § § Defendants § | CASE NO. 2:21-cv-00977 CRE Magistrate Judge Cynthia Reed Eddy |

**AGREED MOTION FOR EXTENSION OF TIME**

Perry Homes, Inc., Allyson Whittington and Robert Whittington request that their time to answer or otherwise respond to the Complaint herein be extended to October 12, 2021. The plaintiff has agreed to this request, which is made to give the parties adequate time to confer as required by this Court's Order of July 26, 2021 [Dkt. 4] concerning the Defendants' proposed Motion to Dismiss.

Signed on September 27, 2021

ATTORNEYS FOR DEFENDANTS

_____
Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com
*PRO HAC VICE*

HUNT HUEY PLLC
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone: (214) 641-9182
Facsimile: (214) 279-6124

_____/s/_____
Jen Gilliland Vanasdale
Pennsylvania Bar No. 87407
jennifer@gvlawoffice.com
Gary T. Vanasdale
Pennsylvania Bar No. 87802
gary@gvlawoffice.com

Gilliland Vanasdale Sinatra Law Office, LLC
257 South Main Street
Butler, PA 16001
724.741.0536 phone | 724.741.0538 fax

ATTORNEYS FOR PLAINTIFF

_____/s/_____
Jacqueline C. Brown
Assistant United States Attorney
Civil Division
Office of the U.S. Attorney
Western District of Pennsylvania
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7565
Mobile: (412) 721-8693
E-mail: jacqueline.c.brown@usdoj.gov
PA Bar No. 330010

_____/s/_____
Beth Pepper
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M. Street NE
Washington DC, 20002
202-305-0916
Fax: 202-514-1116
Email: beth.pepper@usdoj.gov