# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CASE NO. 2:21-cv-00977 CRE |
| | § | |
| PERRY HOMES, INC. | § | Magistrate Judge Cynthia Reed Eddy |
| ALLYSON WHITTINGTON, and | § | |
| ROBERT WHITTINGTON | § | |
| | § | |
| Defendants | § | |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(1) and (b)(6)

Perry Homes, Inc., Allyson Whittington and Robert Whittington, Defendants, move for

dismissal of the above cause pursuant to Rule 12(b)(1) and 12(b)(6) for the reasons more

specifically set forth in the Brief in Support filed contemporaneously with this Motion.

Signed October 22, 2021.

_____

Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com
*PRO HAC VICE*

HUNT HUEY PLLC
3333 Lee Parkway, Suite 600
Dallas, Texas  75219
Telephone:  (214) 641-9182
Facsimile:  (214) 279-6124

_____/s/_____

Jen Gilliland Vanasdale
Pennsylvania Bar No. 87407
jennifer@gvlawoffice.com
Gary T. Vanasdale
Pennsylvania Bar No. 87802
gary@gvlawoffice.com

Gilliland Vanasdale Sinatra Law Office,
LLC
257 South Main Street
Butler, PA  16001
724.741.0536 phone │ 724.741.0538 fax

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

I certify that as required by this Court's Standing Order on Rule 12(b) Motions [Dkt. 4] the moving party has made good faith efforts to confer with the nonmovant(s) to determine whether the identified pleading deficiencies properly may be cured by amendment. Specifically, the undersigned provided a draft of this Motion to Dismiss to Plaintiff's counsel and conferred briefly by phone. Plaintiff's then filed the Amended Complaint that is the subject of this Motion. When the Amended Complaint was filed the undersigned confirmed by email that Plaintiff's counsel did not intend to file any further Amended Complaints, although Plaintiff's counsel reserved the right to do so as permitted by the Federal Rules of Civil Procedure.

_____
Richard M. Hunt

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2021 the foregoing Motion to Dismiss was served on all counsel of record through the Court's ECF system in accordance with Rule 5 of the Federal Rules of Civil Procedure.

_____
Richard M. Hunt

**MOTION TO DISMISS**                                                                 **Page 2 of 2**