IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 2:21-cv-977 ) |
| PERRY HOMES, INC., ALLYSON WHITTINGTON, and ROBERT WHITTINGTON, | ) ) ) ) ) |
| Defendants. | ) ) |

## UNITED STATES' MOTION FOR PERMISSION TO EXCEED PAGE LIMITS

The United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania and Jacqueline C. Brown, Assistant United States Attorney, respectfully files this Motion for Leave to Exceed Page Limits, stating as follows:

1. On October 22, 2021, Defendants filed a motion to dismiss this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

2. Plaintiff has prepared a Brief in Opposition to Defendant's Motion to Dismiss which is due on November 29, 2021.

3. Due to the complexity of the claims and defenses which are presented in the instant action, Plaintiff requires more than the twenty (20) pages allotted by this Court for a brief in opposition of a motion to dismiss.

4. According, Plaintiff respectfully request that the Court grant it leave to exceed the page limits in its Brief in Opposition of Motion to Dismiss by no more than five (5) pages.

5. Plaintiff has conferred with counsel for the Defendants on November 18, 2021 and counsel has no objection to this motion.

WHEREFORE, Plaintiff respectfully request that the Court grant this Motion to Exceed Page Limits.

A proposed Order is attached.

Dated: November 18, 2021

                                           Respectfully submitted,

                                           MERRICK B. GARLAND
                                           Attorney General

| | |
|---|---|
| STEPHEN R. KAUFMAN<br>Acting United States Attorney<br>Western District of Pennsylvania | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
|   */s/ Jacqueline Brown*<br>JACQUELINE C. BROWN<br>Assistant United States Attorney<br>Civil Division<br>Office of the U.S. Attorney<br>Western District of Pennsylvania<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>Tel: (412) 894-7565<br>Mobile: (412) 721-8693<br>E-mail:  jacqueline.c.brown@usdoj.gov<br>PA Bar No. 330010 |   */s/ Beth Pepper*<br>SAMEENA SHINA MAJEED<br>Chief, Housing and Civil Enforcement Section<br>CATHERINE A. BENDOR<br>Special Litigation Counsel<br>BETH PEPPER<br>Trial Attorney<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC  20002<br>Tel: (202) 340-0916<br>E-mail: Beth.Pepper@usdoj.gov |
| | *Attorneys for Plaintiff United States of America* |