IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PERRY HOMES, INC., )<br>ALLYSON WHITTINGTON, and )<br>ROBERT WHITTINGTON, )<br>)<br>Defendants. )<br>_____) | Civ. Action No. 2:21-cv-977<br><br>Judge Marilyn J. Horan<br><br>Chief Magistrate Judge<br>Cynthia Reed Eddy |

**MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF
OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the United States, by its attorneys, submits this motion to strike the Defendants' Reply in Support of Objections to the Magistrate's Recommendation, ECF No. 39. As noted in the accompanying memorandum, Defendants' filing violates the Court's Standing Order and Procedures on Civil Motion Practice because Defendants did not obtain leave to file a reply brief and the briefing schedule set forth in the Court's Report and Recommendation did not allow for reply briefs. Counsel for the United States has conferred with Defendants who refused to withdraw the Reply. A proposed Order is submitted herewith.

Dated: June 23, 2022                                  Respectfully submitted,

CINDY K. CHUNG                                        KRISTEN CLARKE
United States Attorney                                Assistant Attorney General
Western District of Pennsylvania                      Civil Rights Division

| | |
|---|---|
|   */s/ Jacqueline Brown* |   */s/ Beth Pepper* |
| JACQUELINE C. BROWN | SAMEENA SHINA MAJEED |
| Assistant United States Attorney | Chief, Housing and Civil Enforcement Section |
| Civil Division | CATHERINE A. BENDOR |
| Office of the U.S. Attorney | Special Litigation Counsel |
| Western District of Pennsylvania | BETH PEPPER |
| 700 Grant Street, Suite 4000 | Trial Attorney |
| Pittsburgh, PA 15219 | Housing and Civil Enforcement Section |
| Tel: (412) 894-7565 | Civil Rights Division |
| Fax: (412) 644-6995 | U.S. Department of Justice |
| E-mail: jacqueline.c.brown@usdoj.gov | 150 M Street, NE |
| PA Bar No. 330010 | Washington, DC  20002 |
| | Tel: (202) 340-0916 |
| | E-mail: Beth.Pepper@usdoj.gov |

*Attorneys for Plaintiff United States*