**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-cv-977 |
| | ) | |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| PERRY HOMES, INC., ALLYSON | ) | |
| WHITTINGTON, and ROBERT | ) | |
| WHITTINGTON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF THE COURT**

AND NOW, on this 29th day of July, 2022, following a thorough review of the record

and law, Defendants' Objections, (ECF No. 37), to Chief Magistrate Judge Eddy's Report and

Recommendation, (ECF No. 25), are overruled, and Plaintiff's Objection, (ECF No. 36), to the

Report and Recommendation is sustained.

The Report and Recommendation to dismiss Plaintiff's subsection 3604(f)(1) and (f)(2),

failure to accommodate claims, will be rejected.  In all other respects, this Court concurs with

and accepts the Magistrate Judge's Report and Recommendation.  Defendants' Motion to

Dismiss will be denied.  Defendants are required to file thier Answer, as will be directed by

Magistrate Judge Eddy.

Marilyn J. Horan
United States District Judge

1