IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. Action No. 2:21-cv-977 |
| v. | ) | |
| | ) | Judge Marilyn J. Horan |
| PERRY HOMES, INC., | ) | |
| ALLYSON WHITTINGTON, and | ) | Chief Magistrate Judge |
| ROBERT WHITTINGTON, | ) | Cynthia Reed Eddy |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **JOINT MOTION TO STAY**

Plaintiff and Defendants, by their counsel, move for a stay of this action for thirty (30) days for the reasons stated herein.

1.      On November 17, 2022, and November 18, 2022, the parties met with a private mediator in an attempt to resolve this action.

2.      The parties made significant progress in achieving a settlement of this action, and need an additional thirty (30) days to continue their settlement discussions.

3.      A stay of the action will conserve judicial resources, and will save the parties the time and costs of continued litigation.

WHEREFORE, the parties jointly seek a stay for thirty (30) days, and an extension of all deadlines in the Scheduling Order by thirty days as well. The parties attach a proposed order consistent with this motion.

Dated:   November 22, 2022                Respectfully submitted,


CINDY K. CHUNG
United States Attorney
Western District of Pennsylvania


__/s/ Jacqueline Brown_____        ___/s/ Beth Pepper_____
JACQUELINE C. BROWN                 SAMEENA SHINA MAJEED
Assistant United States Attorney    Chief, Housing and Civil Enforcement Section
Civil Division                      CATHERINE A. BENDOR
Office of the U.S. Attorney         Special Litigation Counsel
Western District of Pennsylvania    BETH PEPPER
700 Grant Street, Suite 4000        Trial Attorney
Pittsburgh, PA 15219                Housing and Civil Enforcement Section
Tel: (412) 894-7565                 Civil Rights Division
Fax: (412) 644-6995                 U.S. Department of Justice
E-mail:   jacqueline.c.brown@usdoj.gov   150 M Street, NE
PA Bar No. 330010                   Washington, DC   20002
                                    Tel: (202) 305-0916
                                    Fax: (202) 514-1116
                                    E-mail: Beth.Pepper@usdoj.gov

                                    *Attorneys for Plaintiff United States of
                                    America*


*/s/ Richard M. Hunt*_____     */s/ Jill D. Sinatra*_____ _
Richard M. Hunt                     Jennifer Gilliland Vanasdale
Texas State Bar No. 10288700        Pennsylvania Bar No. 87407
rhunt@hunthuey.com                  jennifer@gvlawoffice.com
*PRO HAC VICE*                      Gary T. Vanasdale
                                    Pennsylvania Bar No. 87802
                                    gary@gvlawoffice.com

HUNT HUEY PLLC                      Gilliland Vanasdale Sinatra Law Office, LLC
3010 Mountain Ash Court             257 South Main Street
Garland, Texas 75044                Butler, PA   16001
Telephone: (214) 641-9182           724.741.0536 phone
Facsimile:   (214) 279-6124         724.741.0538 fax

                                    *Attorneys for Defendants*